UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KAMIL SOLOMON, )
)
       Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:13-CV-242-FL
UNITED PARCEL SERVICE (UPS), )
)
       Defendant. )
)

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 13, 2014, that this case is dismissed without prejudice for failure to obtain service upon defendant.

**This Judgment Filed and Entered on February 13, 2014, and Copies To:**
Kamil Solomon (via U.S. Mail) PO Box 58112, Raleigh, NC 27658

February 13, 2014                 JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                       (By) Christa N. Baker, Deputy Clerk